UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEREMIAH BRANDERHORST,

           Plaintiff,

  v.

JOHN LOVICK,

           Defendant.

Case No. C12-1350-MJP-JPD

REPORT AND RECOMMENDATION

On August 9, 2012, plaintiff Jeremiah Branderhorst submitted to this Court for filing a proposed civil rights complaint together with an application to proceed *in forma pauperis*. (*See* Dkt. No. 1.) The following day, August 10, 2012, the Clerk sent plaintiff a letter advising him of the case number and the judge assignment for this action. (Dkt. No. 3.) On August 16, 2012, the Clerk's letter, which was mailed to plaintiff at his address of record, the Snohomish County Jail, was returned by the post office with a notation indicating that plaintiff was no longer in custody. (Dkt. No. 4.) To date, plaintiff has not provided the Court with a new address.

REPORT AND RECOMMENDATION
PAGE - 1

Case 2:12-cv-01350-MJP   Document 5   Filed 10/30/12   Page 2 of 2

01  Because over sixty days have passed since mail directed to plaintiff at his address of
02  record was returned by the post office, and because plaintiff has not notified the court of his
03  current address, this action should be dismissed, without prejudice, for failure to prosecute
04  pursuant to Local Rule CR 41(b)(2). A proposed order accompanies this Report and
05  Recommendation.

06  DATED this 30th day of October, 2012.

*(signature)*

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2