## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| JEREMIAH BRANDERHORST,<br><br>                Plaintiff,<br>    v.<br><br>JOHN LOVICK,<br><br>                Defendant. | Case No. C12-1350-MJP<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation

    (2)    This matter is DISMISSED, without prejudice, for failure to prosecute pursuant to Local Rule CR 41(b)(2).

//

//

//

ORDER DISMISSING ACTION
PAGE - 1

(3)     The Clerk is directed to send copies of this Order to plaintiff at his last known address, to counsel for defendants, and to the Honorable James P. Donohue.

DATED this 26 day of November, 2012.

*[signature]*
MARSHA J. PECHMAN
Chief United States District Judge

ORDER DISMISSING ACTION
PAGE - 2